THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK WINN, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed on default. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

ETHEL SCHULMAN, Respondent, v. CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

WESLEY WAIT, Respondent, v. POSTAL TELEGRAPH-CABLE COMPANY and CENTRAL HUDSON GAS AND ELECTRIC COMPANY, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

## THIRD DEPARTMENT, JUNE, 1919.

ROCCO PERRETTA, Respondent, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY and DETROIT NATIONAL FIRE INSURANCE COMPANY, Appellants, Impleaded with Others.— Judgment unanimously affirmed, with costs, upon the opinion of Whitmyer, J., at Trial Term. (Reported in 106 Misc. Rep. 91.)

NEWELL BOMBARD, Appellant, v. FRANK ALDRICH, Respondent.— Judgment modified on the authority of Murphy v. Dernberg (84 App. Div. 101); Papenmeyer v. Roddy (145 id. 579), by striking out the provisions directing a new trial, and as thus modified affirmed, without costs to either party in this court. All concurred.

THE BRIDGEPORT CONSTRUCTION COMPANY and CHARLES W. H. ARNOLD, as Trustee in Bankruptcy of the Bridgeport Construction Company, Appellants, v. EDWIN DUFFEY, as State Commissioner of Highways of the State of New York, and FRED W. SARR, as Second Deputy State Commissioner of Highways of the State of New York, Respondents.— Judgment unanimously affirmed, with costs.

LAURA E. CRIST, Appellant, v. HENRY W. CRIST, Respondent.— Judgment and order unanimously affirmed, with costs.

FRED ELLIS, Respondent, v. HARRY SHERMAN and Others, Appellants.— Motion denied.

MARGARET GRADY, as Sole Administratrix, etc., Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. All concurred, except John M. Kellogg, P. J., dissenting.

MINNIE HERON, Respondent, v. WILLIAM H. SWAN, Appellant.— Judgment and order unanimously affirmed, with costs.

WILLIAM H. HOBBS, Respondent, v. ISRAEL J. HULLMAN, Appellant.— Judgment and order unanimously affirmed, with costs